PAMELA DIANE MORE
16352 E RIDGELINE DR
FOUNTAIN HILLSAZ 85268
(602) 515-1586

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

        MAR 15 2022
CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

PAMELA DIANE MORE,

        Plaintiff,

v.

Mayo Hospital 5777 E Mayo Blvd;
Rachel Lindor, MD,

        Defendant(s).

CASE NUMBER: **CV22-00399-PHX-CDB**

**COMPLAINT**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __LRCivP 5.4__
(Rule Number/Section)

## Jurisdiction

This court has jurisdiction over this matter pursuant to §§ Arizona 12-561-12-563. The plaintiff is a resident of FOUNTAIN HILLS, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of PHOENIX, AZ and a citizen of the United States. The defendant, , is a resident of PHOENIX, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

Mayo/Lindor failure to follow medical procedure/ failure to properly diagnose - insufficient assessment+premature discharge. Resulted in delayed medical diagnosis.

## Demand

$400,000 compensatory damages in home health care cost (past + ongoing) + compensation for >$50K in past + ongoing business losses due to delay in diagnosis and treatment. $1.6 million in punative damages for pain + suffering including mental anguish. **Damages: $$2 Million** Mayo/Lindor failed to exercize the degree of care + skill required of a reasonable healthcare provider in the profession. Mayo/Lindor entered incorrect diagongsis due to incomplete assessment. $400,000 compensatory damages home health care cost (past + ongoing) + >$50K in past + ongoing business losses due to delay in correct diagnosis. $1.6 million in punative damages (pain + suffering). The Plaintiff wants a trial by jury.

Date: March 14 2022          _Pamela D. More_

Signature of Pro Se Plaintiff
PAMELA DIANE MORE
16352 E RIDGELINE DR
FOUNTAIN HILLS, AZ 85268
(602) 515-1586